FILED
SUPERIOR COURT
OF GUAM

2019 JUN 24 PM 2: 23

CLERK OF COURT

BY: _____



# IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| ISLAND EYE CENTER, INC. dba ISLAND EYE AND RETINA CENTER,<br><br>           Plaintiff,<br><br>    vs.<br><br>PETER N. LOMBARD, M.D., ADVANCED EYECARE, LLC dba LOMBARD HEALTH, DESIREE NEDEDOG, JOHN and JANE DOES 1 through 20,<br><br>Defendants. | Case No. CV0026-17<br><br>**DECISION AND ORDER** |

Plaintiff has moved to strike the three declarations accompanying Defendants' reply to Plaintiff's opposition to a motion for summary judgment, filed Jan. 11, 2019. Plaintiff also moved to strike all arguments in Defendants' reply that rely on those declarations. The full title of Plaintiff's motion, filed Mar. 26, 2019, is Plaintiff's Motion to Strike Defendants' Reply Memorandum in Excess of Ten (10) Pages and Declarations With Their Exhibits Available To Defendants on January 11, 2019. The Court has granted summary judgment in this case, and therefore Plaintiff's motion is hereby rendered MOOT.

SO ORDERED, this 23 day of June, 2019.

_____
HONORABLE MICHAEL J. BORDALLO
Judge, Superior Court of Guam

9

**SERVICE VIA COURT BOX**

I acknowledge that a copy of the
original hereto was placed in the
court box of:

Berman O'Connor

d.mann; Lujan&wolff

Date: 6/24/19 Time: 2:30pm

Deputy Clerk, Superior Court of Guam